# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## CIVIL APPEAL INFORMATION STATEMENT

**COUNSEL FOR APPELLANT:** This statement is due to be filed with the Clerk of the Court of Appeals not later than 14 days from the docketing of the notice of appeal.

SHORT CAPTION WITH IDENTITY OF APPELLANT:
Dale Kaymark v. Bank of America, N.A., et al.

APPEAL FROM DISTRICT COURT:
District: Western District of Pennsylvania
D.C. Docket No.: 2:13-cv-00419
Date proceedings initiated in D.C.: March 21, 2013
Date Notice of Appeal filed: April 3, 2014
USCA No.: 14-1816

## COUNSEL ON APPEAL

**Appellant(s):** Dale Kaymark
Name of Counsel: Michael P. Malakoff
Name of Party(ies): Dale Kaymark
Address: 437 Grant Street, Suite 200, the Frick Building
Telephone No.: 412-281-4217
Fax No.: 412-281-3262
E-mail: malakoff@mpmalakoff.com; hpletcher@mpmalakoff.com

**For Appellee(s):** *List only the names of parties and counsel who will oppose you on appeal
Name of Counsel: Thomas L. Allen; Nellie E. Hestin; Andrew J. Soven; Marc A. Goldich
Name of Party(ies): Bank of America, N.A.
Address: 225 Fifth Avenue, Pittsburgh, PA 15222; 2500 One Liberty Place, 1650 Market Street, Philadelphia, PA 19103
Telephone No.: 412-288-3131; 215-851-8100
Fax No.: 412-288-3063; 215-851-1420
E-mail: tallen@reedsmith.com; nhestin@reedsmith.com; asoven@reedsmith.com; mgoldich@reedsmith.com

Name of Counsel: Jonathan J. Bart; Daniel S. Bernheim 3d
Name of Party(ies): Udren Law Offices, P.C.
Address: Two Penn Center, Suite 910, Philadelphia, PA 19102
Telephone No.: 215-636-4466
Fax No.: 215-636-3999
E-mail: jbart@wilentz.com; dbernheim@wilentz.com

Is this a Cross-Appeal?     Yes ☐     No ☑
Appeals Docket No.:

Was there a previous appeal in case?     Yes ☐     No ☑
If yes, Short Title:
Appeals Docket No.:
Citation, if reported:

To your knowledge is there any case now pending or about to be brought before this Court or any other court or administrative agency which:
a) Arises from substantially the same case or controversy as this appeal?   Yes ☑   No ☐
b) Involves an issue that is substantially the same, similar, or related to an issue in this appeal?
                                                                             Yes ☑   No ☐

If you answered yes to either "a" or "b" please provide:
Case Name: Gene W. Salvati v. Deutsche Bank, et al.
D.C. Docket No.: 2:12-cv-00971-AJS-MPK
Court or Agency: Third Circuit
Docket Number: 13-1972
Citation, if reported: N/A

## NATURE OF SUIT
(Check as many as apply)

1. FEDERAL STATUTES
☐ ANTITRUST
☐ BANKRUPTCY
☐ BANKS & BANKING
☐ CIVIL RIGHTS
☐ COMMERCE, ROUTES, AND TARIFFS
☐ COMMODITIES
☐ COMMUNICATIONS
☑ CONSUMER PROTECTION
☐ COPYRIGHT
☐ PATENT
☐ TRADEMARK
☐ ELECTION
☐ ENERGY
☐ ENVIRONMENTAL
☐ FOIA FREEDOM OF INFORMATION
☐ IMMIGRATION
☐ LABOR
☐ OSHA
☐ SECURITIES
☐ SOCIAL SECURITY
☐ TAX
☐ EQUAL ACCESS TO JUSTICE
☐ OTHER Specify:_____

2. TORTS
☐ ADMIRALTY
☐ ASSAULT/DEFAMATION
☐ PRODUCT LIABILITY/WARRANTY
☐ DIVERSITY
☐ OTHER Specify:_____

3. CONTRACTS
☐ ADMIRALTY/MARITIME
☐ ARBITRATION
☐ COMMERCIAL
☐ EMPLOYMENT
☐ INSURANCE
☐ NEGOTIABLE DISBURSEMENTS
☐ OTHER Specify:_____

4. PRISONER PETITIONS
☐ CIVIL RIGHTS
☐ VACATE SENTENCE 2255
☐ HABEAS CORPUS 2254
☐ HABEAS CORPUS 2241
☐ MANDAMUS/PROHIBITION
☐ OTHER Specify:_____

5. OTHER
☐ FORFEITURE
☐ CIVIL GRAND JURY
☐ TREATY Specify:_____
☐ OTHER Specify:_____

This is to certify that this civil appeal information statement was filed with the Clerk of the U.S. Court of Appeals for the Third Circuit and a copy hereof served to each party or their counsel of record this 10th day of April, 20 14.

Signature of Counsel: _____