# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 14-1816

Dale Kaymark                          vs.    Udren Law Offices, P.C., et al.

Calendar Date 12/09/14                 Location  Philadelphia, PA

## ACKNOWLEDGMENT AND DESIGNATION OF ARGUING COUNSEL

Receipt acknowledged by: _____

Designation of Arguing Counsel:  Jonathan J. Bart, Esquire

Member of the Bar:    ☑ Yes         ☐ No

Representing (check only one):

☐ Petitioner(s)         ☐ Appellant(s)         ☐ Intervenor(s)

☐ Respondent(s)         ☑ Appellee(s)          ☐ Amicus Curiae

Please list the name of the lead party being represented:

Udren Law Offices, P.C.

ONLY COUNSEL WHO ARE MEMBERS OF THE BAR OF THE COURT OF APPEALS FOR THE THIRD CIRCUIT AND WHO FILED AN APPEARANCE ARE PERMITTED TO ARGUE BEFORE THE COURT. (BAR ADMISSION IS WAIVED FOR FEDERAL ATTORNEYS.)