# IN THE UNITED STATES COURT OF APPEALS
# FOR THE THIRD CIRCUIT

_____

## NO. 14-1816
_____

**DALE A. KAYMARK, individually and on behalf of other similarly situated current and former homeowners in Pennsylvania,**

Plaintiffs-Appellants,

v.

**BANK OF AMERICA, N.A. and UDREN LAW OFFICES, P.C.,**

Defendants-Appellees.

_____

## MOTION FOR LEAVE TO FILE A FIVE PAGE SUPPLEMENTAL BRIEF
_____

Wilentz Goldman & Spitzer, P.A.
Daniel S. Bernheim 3d, Esquire
Jonathan J. Bart, Esquire
Identification No. 32736, 49114
Two Penn Center
Suite 910
Philadelphia, PA  19102
215-636-4466
dbernheim@wilentz.com
jbart@wilentz.com

#7817996.1(148845.009)

Appellee Udren Law Offices, P.C. ("Udren"), by its undersigned counsel, respectfully moves this Court for an Order granting it leave to file the five page Supplemental Brief filed with the Court on December 12, 2014.

During the colloquy with Judge Fuentes which resulted in Udren's authorization to file a three page Supplemental Brief, Judge Fuentes requested that Udren address the issues relating to the *McLaughlin* case raised in Appellant's Reply Brief, namely, whether pleadings in which legal fees are requested are subject to the Fair Debt Collection Practices Act ("FDCPA"). Those issues are addressed in the first three pages of the Supplemental Brief filed with the Court.

Subsequent to the colloquy, Judge Krause requested that Udren additionally address the cases of *Heintz v. Jenkins,* 514 U.S. 292 (1995) and *Simon v. FIA Card Services, N.A.*, 732 F.3d 259 (3d Cir. 2013) and discuss whether those two cases are controlling on the issue of whether pleadings are subject to the FDCPA or whether they set forth a more general rule that litigation activities may be subject to the FDCPA. It was not possible to include that additional discussion within the three page parameter set by Judge Fuentes. Accordingly, that discussion is set forth on pages 4 and 5 of the Supplemental Brief.

Because the necessity to enlarge the brief was not discussed at the time of Judge Krause's request for additional briefing, it is respectfully requested that the Court accept the five page Brief submitted by Udren discussing all issues which the Court asked that Udren address.

                Respectfully submitted,

                WILENTZ GOLDMAN & SPITZER, P.A.

Dated: December 15, 2014        /s/ Jonathan J. Bart
                                     Daniel S. Bernheim 3d, Esquire
                                     Jonathan J. Bart, Esquire
                                     Attorneys for Appellee

# CERTIFICATE OF SERVICE

I caused a true and correct copy of the foregoing Motion to be served in accordance with the United States Court of Appeals for the Third Circuit's electronic filing system upon the following:

> Michael P. Malakoff, Esquire
> Jonathan R. Burns, Esquire
> Suite 200, the Frick Building
> Pittsburgh, PA  15219
>
> Andrew J. Soven, Esquire
> Reed Smith, LLP
> 2500 One Liberty Place
> 1650 Market Street
> Philadelphia, PA  19103
>
> Thomas L. Allen, Esquire
> Nellie Hestin, Esquire
> Reed Smith, LLP
> 225 Fifth Avenue
> Pittsburgh, PA  15222

Dated:  December 15, 2014

WILENTZ GOLDMAN & SPITZER, P.A.

BY: /s/ Jonathan J. Bart
Jonathan J. Bart, Esquire

#7817996.1(148845.009)